**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT L. COLEMAN** **PLAINTIFF**
**"Bobby," Special Administrator of the**
**Estate of Detrez Jashun Marion, deceased**

**v.** **Case No. 3:26-cv-00146-KGB**

**DETA LOGISTICS, LLC, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Robert L. "Bobby" Coleman, as Special Administrator of the Estate of Detrez Jashun Marion's motion to extend time to serve defendant Cornelio Hernandez Mota (Dkt. No. 21). Coleman states that he filed his complaint against defendants on May 15, 2026, and his amended complaint on June 23, 2026 (*Id.*, ¶ 1). Coleman states that his current deadline for service of process is August 13, 2026 (*Id.*, ¶ 4). Coleman believes that Hernandez Mota resides in Mexico, has begun the process of effecting service on Hernandez Mota in Mexico, and anticipates needing 12 additional months to perfect service (*Id.*, ¶ 2–3, 8). The Court grants Coleman's motion to extend time to serve defendant Hernandez Mota (*Id.*). The time for Coleman to serve defendant Hernandez Mota is extended to, and including, August 13, 2027.

So ordered this 11th day of September, 2026.

Kristine G. Baker
Chief United States District Judge